

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-13-00174-CV

| | | |
|---|---|---|
| James Bradley Morrison | § | From the 415th District Court |
| | § | of Parker County (CV12-1207) |
| v. | | |
| | § | January 16, 2014 |
| James Campbell | § | Opinion by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed and we remand this case to the trial court for further proceedings consistent with this opinion.

It is further ordered that Apellant James Bradley Morrison shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _____
Justice Lee Ann Dauphinot